UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>AQUEL WASEF,<br><br>      Defendant. | Case No. 17CR2327-GPC<br><br>ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INFORMATION |

Based upon the Motion of the United States, and good cause appearing therefor, it is hereby:

ORDERED that the Government's motion to dismiss the Information is GRANTED and this action is hereby dismissed without prejudice.

Dated: July 24, 2018

Hon. Gonzalo P. Curiel
United States District Judge